```
1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:13-cr-0271 JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | TO CONTINUE INITIAL APPEARANCE |
| MOO HOON KIM, ) | |
| aka, Steve Kim ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the approval of the court, the initial appearance in this matter previously scheduled for September 12, 2013, may be continued to September 25, 2013, at 2:00 p.m.

This continuance is necessary due to the unavailability of retained defense counsel, Patrick K. Hanly, who is currently out of the country.

DATED: September 11, 2013

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                        By: R. Steven Lapham
                                            R. STEVEN LAPHAM
                                            Assistant U.S. Attorney

1

DATED: September 11, 2013

                                          /s/ Patrick L. Hanly
                                          PATRICK K. HANLY
                                          Counsel for defendant

## ORDER

IT IS SO ORDERED.

_____
HON. ALLISON CLAIRE
United States Magistrate Judge